# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3243

_____

AARON HOPE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Levy County.
James M. Colaw, Judge.

August 20, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and M.K. THOMAS and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Aaron S. Hope, pro se, Appellant.

Ashley Moody, Attorney General, and Miranda Lee Butson, Assistant Attorney General, Tallahassee, for Appellee.